UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

SHERI SURA,

    Plaintiff,

v.

JOANNE B. BARNHART,
Commissioner of Social Security,

    Defendant.

04-6404-CO

ORDER

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4071 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. There are no costs and expenses to be paid herein.

DATED this 1st day of Dec., 2005.

/s/ Michael C. Hogan
United States ~~Magistrate District~~ Judge

Presented by:
Richard F. McGinty, OSB # 86071
Attorney for Plaintiff

ORDER - [04-6404-CO]